HEBREW PUBLISHING COMPANY, Respondent, *v.* ASHER SCHARF-STEIN, Appellant.

Submitted May 24, 1943; decided June 18, 1943.

*Henry L. Burkitt* for motion.

No one opposed.

Motion granted.

JOSEPH G. BROWNE, Appellant, *v.* FENTON G. HIBBETS, as President of Local Union No. 584, Unit No. 3, International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers of America, Respondent, et al., Defendants.

Submitted May 24, 1943; decided June 18, 1943.

Motion by plaintiff for reargument and to amend the remittitur denied. (See 290 N. Y. 459.)